Filed 10/30/13  P. v. Allen CA3

<u>NOT</u> <u>TO</u> <u>BE</u> <u>PUBLISHED</u>

**California Rules of Court, rule 8.1115(a), prohibits courts and parties from citing or relying on opinions not certified for publication or ordered published, except as specified by rule 8.1115(b).  This opinion has not been certified for publication or ordered published for purposes of rule 8.1115.**

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

THIRD APPELLATE DISTRICT

(San Joaquin)

----

| | |
|---|---|
| THE PEOPLE, | C073479 |
| Plaintiff and Respondent, | (Super. Ct. No. SF122145A) |
| v. | |
| WILLIE JAMES ALLEN, | |
| Defendant and Appellant. | |

This is an appeal pursuant to *People v. Wende* (1979) 25 Cal.3d 436 (*Wende*).

On November 13, 2012, defendant Willie James Allen walked out of a store with merchandise for which he had not paid.  He was caught by a loss prevention officer with whom defendant would not comply.

Defendant entered a negotiated plea of guilty to second degree robbery (Pen. Code, § 211) in exchange for a stipulated sentence of the midterm of three years in state prison.  The remaining counts and allegations were dismissed.  The court sentenced defendant accordingly.

1

Defendant appeals.  His request for a certificate of probable cause (Pen. Code, § 1237.5) was denied.

We appointed counsel to represent defendant on appeal.  Counsel filed an opening brief that sets forth the facts of the case and requests this court to review the record and determine whether there are any arguable issues on appeal.  (*Wende, supra,* 25 Cal.3d 436.)  Defendant was advised by counsel of the right to file a supplemental brief within 30 days of the date of filing of the opening brief.  More than 30 days elapsed, and we received no communication from defendant.  Having undertaken an examination of the entire record, we find no arguable error that would result in a disposition more favorable to defendant.

DISPOSITION

The judgment is affirmed.

                                                                HULL           , J.

We concur:

     BLEASE        , Acting P. J.

     MURRAY      , J.